man Rights. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the circuit court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rule 84.16(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.

§ 570.080 RSMo 1986. Defendant was found to be a prior and persistent offender under §§ 557.036.4, 558.016.2 and .3, and was sentenced to ten years imprisonment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**Rufus Roy SANFORD,**
**Defendant/Appellant.**

No. 66026.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Nov. 1, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 8, 1994.

Application to Transfer Denied
Jan. 24, 1995.

James M. McClellan, Dempster, Barkett, McClellan & Edwards, Sikeston, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before CARL R. GAERTNER, P.J., and CRANE and AHRENS, JJ.

*ORDER*

PER CURIAM.

In this jury-tried case, defendant appeals from his conviction of the Class C felony of receiving stolen property pursuant to

STATE of Missouri, Respondent,

v.

**Charles Ray SCHIEBER, Appellant.**

No. WD 48751.

Missouri Court of Appeals,
Western District.

Nov. 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1994.

Application to Transfer Denied
Jan. 24, 1995.

Lawrence R. Magee, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM:

Appeal from conviction and sentence of one year in county jail and a $2,000.00 fine